BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND G. VILLALOVOS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-cv-01260-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opposition to Defendant's Motion to Dismiss be extended by 14 days until January 27, 2014.  This is Defendant's first request for an extension of time to respond to Plaintiff's Opposition.  Defense counsel requests this extension because she has been out of the office on pre-approved leave and also due to illness, and needs additional time to further prepare a response in this matter.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: January 13, 2014  /s/ Jacqueline A. Forslund*
(*as authorized via email on 1/10/14)
JACQUELINE A. FORSLUND
Attorney for Plaintiff

Dated: January 13, 2014  BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ Lynn M. Harada
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER:

Pursuant to the above stipulation of the parties, Defendant's reply to Plaintiff's opposition to the motion to dismiss is due no later than January 27, 2014.

IT IS SO ORDERED.

Dated:  **January 14, 2014**               /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE