1 BENJAMIN B. WAGNER
United States Attorney
2 DONNA L. CALVERT
Regional Chief Counsel, Region IXd
3 Social Security Administration
LYNN M. HARADA, CSBN 267616
4 Special Assistant United States Attorney
          160 Spear Street, Suite 800
5         San Francisco, California 94105
          Telephone: (415) 977-8977
6         Facsimile: (415) 744-0134
          E-Mail: Lynn.Harada@ssa.gov
7
8 Attorneys for Defendant
9
10                     **UNITED STATES DISTRICT COURT**
11                      **EASTERN DISTRICT OF CALIFORNIA**
12
13  RAYMOND G. VILLALOVOS,                )   Case No.: 1:13-cv-01260-GSA
                                          )
14           Plaintiff,                   )   STIPULATION TO VOLUNTARY
                                          )   REMAND PURSUANT TO SENTENCE SIX
15       vs.                              )   OF 42 U.S.C. § 405(g); ORDER THEREON
                                          )
16  CAROLYN W. COLVIN,                    )
    Acting Commissioner of Social Security,)  (Doc. 19)
17                                        )
                                          )
18           Defendant.                   )
                                          )
19
20      IT IS HEREBY STIPULATED, by and between the parties, through their respective

21 counsel of record and with the approval of the Court, that this action be remanded to the

22 Commissioner of Social Security for further administrative action pursuant to *sentence six* of 42

23 U.S.C. § 405(g).

24      Upon remand, the Appeals Council will vacate the January 27, 2012 Notice of Dismissal

25
26 and instruct the Administrative Law Judge (ALJ) to grant Plaintiff an opportunity for a hearing

27 to consider his disability claim.

28

As noted, this stipulation constitutes a remand under the *sixth sentence* of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: July 28, 2014 /s/ Lynn M. Harada for Jacqueline A. Forslund*
(*as authorized via email on 7/28/14)
JACQUELINE A. FORSLUND
Attorney for Plaintiff

Dated: July 28, 2014 BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Lynn M. Harada*
LYNN M. HARADA
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation set forth above, this action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' stipulation. Upon remand, the Appeals Council shall vacate the January 27, 2012 Notice of Dismissal and instruct the Administrative Law Judge (ALJ) to grant Plaintiff an opportunity for a hearing to consider his disability claim. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 1, 2014**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE