JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND G. VILLALOVOS, | ) | Case No.  1:13-CV-01260-GSA |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ORDER FOR** |
| | ) | **ATTORNEY FEES PURSUANT TO THE** |
| v. | ) | **EQUAL ACCESS TO JUSTICE ACT** |
| | ) | **(EAJA)** |
| NANCY A. BERRYHILL[1], | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND FIVE HUNDRED dollars and ZERO cents ($3,500.00) and expenses in the amount of NINETEEN DOLLARS and NINETY-ONE cents ($19.91).  This amount represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Villalovos v. Berryhill**              **Stipulation and Order**              **E.D. Cal. 1:13-CV-01260-GSA**

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Dellert Baird Law Offices PLLC pursuant to the assignment executed by Plaintiff.  The parties agree that whether this check is made payable to Plaintiff or Dellert Baird Law Offices PLLC, such check shall be mailed to Plaintiff's attorney at the following address:  Dellert Baird Law Offices, PLLC, P.O. Box 97301, Lakewood, WA  98497.  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.

Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel, including Dellert Baird Law Offices PLLC may have relating to EAJA attorney fees in connection with this action.

Dated this 12th day of February 2017,   */s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Dellert Baird Law Offices, PLLC
P.O. Box 97301
Lakewood, WA  98497
Telephone: 541-419-0074
Email:     jaf@forslundlaw.com
Attorney for Plaintiff

Dated this 13th day of February 2017,   */s/ Lynn Harada*
LYNN HARADA
Social Security Administration
Office of the General Counsel
160 Spear Street
Suite 800
San Francisco, CA 94105-1545
Telephone:  415-977-8977
lynn.harada@ssa.gov
Attorney for Defendant

**Villalovos v. Berryhill**               Stipulation and Order          E.D. Cal. 1:13-CV-01260-GSA

## ORDER

Pursuant to the stipulation of the parties (Doc. 25), Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND FIVE HUNDRED dollars and ZERO cents ($3,500.00) and expenses in the amount of NINETEEN DOLLARS and NINETY-ONE cents ($19.91).  Payment shall be made pursuant to *Astrue v. Ratcliff*, 130 S. Ct. 2521 (2010) in accordance with the terms of the stipulation outlined above.

IT IS SO ORDERED.

Dated: **March 28, 2017**                    /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE